# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:08-cr-00225-LDG-GWF |
| vs. ) | **ORDER** |
| RAYMOND EARL RIFFUS, ) KENNETH ANDREW PALMER ) | Motion for Production of Grand Jury Transcripts (#27) |
| Defendant. ) | |

This matter comes before the Court on Defendant Kenneth Palmer's Motion for Production of Grand Jury Transcripts (#27), filed on January 27, 2012. On January 20, 2009, the Court granted the Government's Motion to Dismiss the Indictment against Defendant Palmer. (*See* #26.) Over two years later, Defendant Palmer filed this motion, requesting the Court order the production of the grand jury transcripts pursuant to Fed. R. Civ. P. 6(e)(3)(E)(I). Defendant requests the production of these transcripts for use as potential impeachment evidence during the Defendant's state court trial set for February 2-14, 2012.

Notably, the Defendant filed this motion less than a week before the state court trial was scheduled. The Government has not filed an opposition to this motion and the time for opposition has now expired. The Court however will deny Defendant's request as moot. Defendant claims that he needs these documents for preparation and use during his state court trial that was scheduled to occur February 2-14, 2012. At this time, the Defendant's request is therefore moot. If the state court trial was rescheduled or Defendant otherwise wants the grand jury transcripts, Defendant may bring another motion before the Court explaining such. Accordingly,

. . .

1     **IT IS HEREBY ORDERED** that Defendant Kenneth Palmer's Motion for Production of Grand Jury Transcripts (#27) is **denied** without prejudice.

DATED this 22nd day of February, 2012.

                                                                                 _____
                                                                                 GEORGE FOLEY, JR.
                                                                                 United States Magistrate Judge